IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>KENNETH McDONALD, Jr.,<br><br>           Defendant. | CR. F-07-00049 AWI |

ORDER

The parties have agreed upon the following filing and hearing schedule for the government's motion to revoke the conditions of release:

    Government Filing      February 28, 2007

    Defense Filing          March 2, 2007

    Hearing                 March 5, 2007

It is ordered that this schedule be followed. It is further ordered that the stay of the release order in this matter be extended from March 2, 2007, through the time of a decision on the government's motion.

IT IS SO ORDERED.

**Dated:   February 28, 2007**           /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

1