DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KENNETH HENRY McDONALD, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:07-cr-0049 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. ) | |
| KENNETH HENRY McDONALD, JR., ) | DATE: July 23, 2007<br>TIME : 9:00 a.m.<br>DEPT : Hon. Anthony W. Ishii |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, scheduled for June 11, 2007, may be continued to **July 23, 2007, at 9:00 a.m.**

   The reason for this continuance is to allow counsel for defendant time for further preparation.

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED: June 6, 2007

            MCGREGOR W. SCOTT
            United States Attorney

            /s/ David L. Gappa
            DAVID L. GAPPA
            Assistant U.S. Attorney
            Attorney for Plaintiff

DATED: June 6, 2007            DANIEL J. BRODERICK
            Federal Defender

            /s/ Robert W. Rainwater
            ROBERT W. RAINWATER
            Assistant Federal Defender
            Attorney for Defendant

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161.  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:    June 6, 2007**            /s/ Anthony W. Ishii
            UNITED STATES DISTRICT JUDGE