DANIEL J. BRODERICK, #89424
Federal Defender
ROBERT W. RAINWATER, Bar No. 67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KENNETH HENRY McDONALD, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07cr00049 AWI |
| Plaintiff, | |
| v. | STIPULATION TO MODIFY DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE AND ORDER THEREON |
| KENNETH HENRY McDONALD, JR., | |
| Defendant. | Judge: Honorable Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, David Gappa, Assistant United States Attorney, counsel for Plaintiff, and Robert W. Rainwater, Assistant Federal Defender, counsel for Defendant, that the conditions of pretrial release for defendant Kenneth Henry McDonald, Jr. shall be modified as follows:

   1) Condition of release (7)(j) shall be modified to state that: The defendant shall execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: $5,000 cash bond and post a collateral bond utilizing the title to the defendant's mobile home.

///

///

///

///

2) All the other conditions of release set by the court at the hearing on March 6, 2007, are to remain in full force and effect.

DATED: June 6, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ David Gappa
David Gappa
Assistant United States Attorney
Attorneys for PLAINTIFF

DATED: June 6, 2007

DANIEL J. BRODERICK
Federal Public Defender

/s/ Robert W. Rainwater
Robert W. Rainwater
Assistant Federal Defender
Attorneys for Kenneth Henry McDonald, Jr.

# **O R D E R**

IT IS SO ORDERED.

Dated:   **June 8, 2007**           /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE