DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KENNETH HENRY McDONALD, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>KENNETH HENRY McDONALD, JR.<br>*Defendant.* | Case No. 1:07-cr-0049 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>DATE: July 23, 2007<br>TIME : 9:00 a.m.<br>DEPT : Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, scheduled for June 11, 2007, may be continued to **July 23, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED: June 6, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ David L. Gappa
DAVID L. GAPPA
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: June 6, 2007

DANIEL J. BRODERICK
Federal Defender

/s/ Robert W. Rainwater
ROBERT W. RAINWATER
Assistant Federal Defender
Attorney for Defendant

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161. For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated: June 8, 2007**

**/s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE