

FILED
JUN 12 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiffs, ) | No. CR-07-49-AWI |
| vs. ) | ORDER RE CASH BOND |
| KENNETH HENRY McDONALD, JR. ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, The cash bond posted is hereby reduced to $5,000.00 of the original $7,000.00 posted by the defendant. The difference of $2,000.00 is to be returned to the defendant. All other conditions of the original bond are to remain in full force and effect.

DATED: 6-12-07

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm