DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT R. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Kenneth Henry McDonald, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00049 AWI |
| *Plaintiff*, | **APPLICATION FOR ORDER EXONERATING CASH BOND AND FOR EXONERATION OF NON-CASH COLLATERAL BOND, AND ORDER THEREON** |
| v. | |
| KENNETH HENRY MCDONALD, JR., | |
| *Defendant*. | |

Defendant Kenneth Henry McDonald, Jr. hereby moves this court for an order to exonerate both the cash bond and the non-cash collateral bond posted in the above-captioned case.

On March 6, 2007, Mr. McDonald appeared in this matter before Anthony W. Ishii, United States District Court Judge, and was ordered released from custody under the supervision of Pretrial Services and "a $7,000 unsecured appearance bond, to be replaced by a $7,000 cash bond within 24 hours," in addition to "a collateral bond utilizing the title to the defendant's mobile home." Additionally, as a separate condition, Mr. McDonald was required to surrender the keys to his personal storage unit to Pretrial Services. (C.R. #15, at #7(j) and #7(s) respectively, attached hereto as Exhibit 1)

On March 7, 2007, Mr. McDonald posted bail in the amount of $7,000 (rec #100 204650), and the non-cash collateral (rec# 100-204651). (C.R. #18 ,et seq., attached as Exhibit 2)

On June 8, 2007, a Stipulation and Order Modifying Conditions of Release was signed by District Court Judge Anthony W. Ishii, returning $2,000 of the $7,000 posted cash bond to Mr. McDonald, leaving

1    the difference of $5,000 still in the custody of the Court. (C.R. #26, attached as Exhibit 3)

2        On July 23, 2007, Mr. McDonald appeared before District Court Judge Anthony W. Ishii for sentencing, and subsequently surrendered himself into the custody of the United States Marshal. Since Kenneth Henry McDonald Jr. has met the conditions required by the Court in this matter, he requests that the court: 1) exonerate the cash bond of $5,000 (rec #100 204650); 2) exonerate the non-cash collateral bond regarding title to his mobile home (rec# 100-204651); and 3) order the return of any and all keys surrendered to Pretrial Services as a condition of release.

      DATED: July 24, 2007

                            Respectfully submitted,

                            DANIEL J. BRODERICK
                            Federal Defender

                            /s/ Robert W. Rainwater
                            ROBERT W. RAINWATER
                            Attorney of Record for
                            Kenneth Henry McDonald, Jr.

## O R D E R

IT IS HEREBY ORDERED that:

1) the cash bond of $5,000 (rec #100 204650), posted by Kenneth Henry McDonald Jr., be exonerated;

2) the non-cash collateral bond regarding title to Kenneth Henry McDonald Jr.'s mobile home (rec# 100-204651) be exonerated, and;

3) Kenneth Henry McDonald Jr.'s keys, currently in the custody of Pretrial Services, be returned to him.

IT IS SO ORDERED.

**Dated:    July 24, 2007**          /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE