BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>KENNETH HENRY MCDONALD,<br><br>             Defendant. | CR-07-49-AWI<br><br>**STIPULATION FOR RESCHEDULING OF CONTESTED HEARING** |

　　　Defendant Kenneth Henry McDonald ("Defendant"), by and through his counsel of record, Ann Voris, and the United States of America, by and through Assistant United States Attorney Grant B. Rabenn, hereby agree and stipulate as follows:

　　　1.　The contested hearing in the above-captioned case currently scheduled for Tuesday, June 26, 2012 at 9:00 a.m., shall be rescheduled for Thursday, June 28, 2012, at 9:00 a.m.

///

///

```
     IT IS SO STIPULATED.

DATED: June 25, 2012              BENJAMIN B. WAGNER
                                  United States Attorney


                        By:       /s/ Grant B. Rabenn
                                  GRANT B. RABENN
                                  Assistant U.S. Attorney


DATED: June 25, 2012    By:       /s/ Ann Voris
                                  ANN VORIS
                                  Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

Dated:      June 28, 2012            _____
                                     CHIEF UNITED STATES DISTRICT JUDGE